# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BTIG LLC,<br><br>    Petitioner,<br><br>v.<br><br>FLOYD ASSOCIATES, INC.; JACQUES TIZABI; BHP INTERNATIONAL MARKETS LIMITED; SCOTT C. DOREY; MARC WADE; MARK E. VALENTINE; JAY MARTIN CHAPLER; and DAVID HERSH CONNORS,<br><br>    Respondents. | Case No. CV 17-0921 DSF (SSx)<br><br>**JUDGMENT** |

    Pursuant to the Court's June 12, 2017 Order granting Petitioner BTIG LLC's (BTIG) petition to confirm an arbitral award issued on December 27, 2016 in the FINRA arbitration *BTIG LLC v. Floyd Associates, Inc., et al.*, Case No. 14-00937 (Award) and denying Respondent Scott C. Dorey's (Dorey) petition to vacate the Award,

    IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1

1. That the Award is confirmed in favor of BTIG as to Floyd Associates, Inc., Jacques Tizabi, BHP International Markets Limited, Dorey, Mark E. Valentine, and David Hersh Connors.

2. In conformity with the Award, IT IS FURTHER ORDERED, ADJUDGED and DECREED that Floyd Associates, Inc., Jacques Tizabi, BHP International Markets Limited, Dorey, Mark E. Valentine, and David Hersh Connors, being jointly and severally liable to BTIG, shall pay to BTIG:

    a. $19,209,773.00 (USD);

    b. $629,585.42 (USD) in post-award, pre-judgment interest under California law for the period from December 27, 2016 to June 12, 2017;

    c. 1.21% interest per annum on $19,839,358.42 (USD), as prescribed by 28 U.S.C. § 1961, from the date of this order until the date of full payment; and

3. That the Court will retain jurisdiction over this matter to amend this Judgment if necessary to account for additional monies actually recovered by BTIG to avoid its double recovery.

THEREFORE IT IS ORDERED that Judgment in favor of Petitioner BTIG and against Respondents Floyd Associates, Inc., Jacques Tizabi, BHP International Markets Limited, Scott C. Dorey, Mark E. Valentine, and David Hersh Connors shall be entered accordingly.

Dated: 6/20/17

_____
Hon. Dale S. Fischer
United States District Judge